## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

INDYMAC BANK, F.S.B., a Federal Savings Bank
                   Plaintiff,

v.

GANESAN VISVABHARATHY, an individual, and HAWTHORNE
ORLANDO CORPORATION, a Florida corporation,
                   Defendants.

KC **FILED**

NOV 0 2 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INDYMAC BANK, F.S.B., a Federal Savings Bank

**07CV6224**
**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
|---|
| Gary I. Blackman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Gary Blackman* |

| FIRM |
|---|
| Levenfeld Pearlstein, LLC |

| STREET ADDRESS |
|---|
| 2 N. LaSalle St., Ste. 1300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6187914 | 312-346-8380 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [✓] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [✓] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [✓] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |