# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

INDYMAC BANK, F.S.B., a Federal Savings Bank
    Plaintiff,

v.

GANESAN VISVABHARATHY, an individual, and HAWTHORNE ORLANDO CORPORATION, a Florida Corporation
    Defendants.

Case Number:

KC **FILED**
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6224
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INDYMAC BANK, a Federal Savings Bank

| | |
|---|---|
| **NAME (Type or print)**<br>James G. Martignon | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| **FIRM**<br>Levenfeld Pearlstein, LLC | |
| **STREET ADDRESS**<br>2 N. LaSalle St., Ste. 1300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>ARDC # 6277974 | **TELEPHONE NUMBER**<br>312-346-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |