AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

INDYMAC BANK, F.S.B,
a Federal Savings Bank

                 Plaintiff,

      V.

GANESAN VISVABHRATHY,
an individual, and HAWTHORNE ORLANDO
CORPORATION, a Florida corporation

                 Defendants

CASE: 07CV6224
ASSIGNED JUDGE: JUDGE GUZMAN
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Hawthorne Orlando Corporation
101 Burr Ridge Pkwy, Ste. 306
Burr Ridge, IL 60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary L. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 2 2007

DATE

| | | | |
|---|---|---|---|
| ClientCaseID: | GARY BLACKMAN |  | CaseReturnDate: 12/5/07 |
| Law Firm ID: | LEVENFEL | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **07CV6224**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **HAWTHORNE ORLANDO CORPORATION**
PERSON SERVED **JENNY PONTRELLI (ADMIN)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/9/07**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE  **Race** WHITE  **Age** 60
**Height** 5'4"  **Build** MEDIUM  **Hair** BLONDE

LOCATION OF SERVICE  **101 BURR RIDGE PKWY #306**
**BURR RIDGE, IL, 60527**

Date Of Service  **11/9/07**   Time of Service  **10:00 AM**

MICHAEL P. FEEHAN   11/15/2007
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.