# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Indymac Bank, F.S.B.

                         Plaintiff,

v.                                                   Case No.: 1:07−cv−06224
                                                     Honorable Ronald A. Guzman

Ganesan Visvabharathy, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2007:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 1/2/2008 is reset to 1/2/08 at 02:00 PM. on Court's own motion. NOTE TIME CHANGE ONLY. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.