## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 07 C 6224 |
| vs. | )<br>) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY,<br>an individual and HAWTHORNE<br>ORLANDO CORPORATION, a Florida<br>corporation, | )<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

### NOTICE OF MOTION

To:  See Service List Attached

PLEASE TAKE NOTICE that on the 15th day of January, 2008 at 9:00 a.m., before the Honorable Ronald A. Guzman, Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Motion for Default**, a copy of which is attached hereto and herewith served upon you.

Dated: January 2, 2008

**INDYMAC BANK, F.S.B.**

By: __/s/ James G. Martignon____
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| Ganesan Visvabharathy<br>7529 Ridgewood Lane<br>Burr Ridge, IL 60527 | Hawthorne Orlando Corporation<br>c/o Any Officer or Director Authorized<br>to Accept Service<br>101 Burr Ridge Parkway, Ste. 306<br>Burr Ridge, IL 60527 |

                                                            /s/ James G. Martignon
                                                          James G. Martignon (ARDC #6277974)
                                                          LEVENFELD PEARLSTEIN, LLC
                                                          2 N. LaSalle St., Suite 1300
                                                          Chicago, Illinois 60602
                                                          (312) 346-8380 - Telephone
                                                          (312) 346-8434 – Facsimile
                                                          jmartignon@lplegal.com