# EXHIBIT 2

ClientCaseID: GARY BLACKMAN    CaseReturnDate: 12/5/07
Law Firm ID: LEVENFEL

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 07CV6224

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  HAWTHORNE ORLANDO CORPORATION
PERSON SERVED JENNY PONTRELLI (ADMIN)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 11/9/07

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:
Sex FEMALE   Race WHITE   Age 60
Height 5'4"   Build MEDIUM   Hair BLONDE

LOCATION OF SERVICE   101   BURR RIDGE PKWY #306
BURR RIDGE, IL, 60527

Date Of Service  11/9/07       Time of Service   10:00 AM

MICHAEL P. FEEHAN                                11/15/2007
Special Process Server
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

INDYMAC BANK, F.S.B,
a Federal Savings Bank

          Plaintiff,

V.

GANESAN VISVABHRATHY,
an individual, and HAWTHORNE ORLANDO
CORPORATION, a Florida corporation

          Defendants

07CV6224
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Hawthorne Orlando Corporation
101 Burr Ridge Pkwy, Ste. 306
Burr Ridge, IL 60527

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary L. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA

NOV 0 2 2007

(By) DEPUTY CLERK                                             DATE

# EXHIBIT 3

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Northern District of

Case Number: 07 C 6224

Plaintiff:
INDYMAC BANK, F.S.B., ET AL.,

vs.

Defendant:
GANESAN VISVABHRATHY, ET AL.,

For:
Gary Blackman
LEVENFELD PEARLSTIEN

Received by Process Service of America, Inc. on the 19th day of November, 2007 at 1:10 pm to be served on **HAWTHORNE ORLANDO CORPORATION C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Michael R. Compton, do hereby affirm that on the **19th day of November, 2007** at **2:15 pm**, I:

CORPORATE: served by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **GWEN BUTLER** as **OPERATIONS SPECIALIST** for HAWTHORNE ORLANDO CORPORATION C/O CORPORATION SERVICE COMPANY, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Michael R. Compton
Process Server # 99

Process Service of America, Inc.
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: 2007106672

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

  12/6/05

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS    SUMMONS IN A CIVIL CASE

INDYMAC BANK, F.S.B.,
a Federal Savings Bank
        Plaintiff

V.

GANESAN VISVABHRATHY, an individual
and HAWTHORNE ORLANDO CORPORATION, a Florida
corporation
        Defendants

CASE NUMBER:  07 C 6224

ASSIGNED JUDGE:  Ronald Guzman

DESIGNATED
MAGISTRATE JUDGE:  Geraldine Soat Brown

TO: (Name and address of Defendant)

Hawthorne Orlando Corporation
c/o Corporation Service Company - Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

(By) DEPUTY CLERK

NOV 1 5 2007

DATE

**ClientCaseID:** GARY BLACKMAN

**CaseID:** 168799

**Law Firm ID:** LEVENFEL


*168799A*

**CaseReturnDate:** 12/6/07

**Affidavit of Special Process Server**

# UNITED STATES DISTRICT COURT

**Case Number** 07C6224

I,

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   **HAWTHORNE ORLANDO CORPORATION**

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

**Date Of Service:** 11/19/07   **Time of Service:** 2:15 PM   **Date Of Mailing**

**PERSON SERVED** Gwen Butler / Operation Specialist

**Age**   **Sex**   **Race**   **Height**   **Build**   **Hair**

**LOCATION OF SERVICE**   **1201 HAYS ST**
**TALLAHASSEE, FL, 32301**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**AGENCY NAME:** OUTSIDE AGENCY
Process Serve of America
**ADDRESS:**
**CITY:** Tallahassee
**ST:** FL   **ZIP**
**PHONE:** 800-960-7762

**NAME OF SERVER:**   **DATE:** 11/19/07

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B <br> a Federal Savings Bank, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 07 C 6224 |
| vs. | ) <br> ) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants | ) | |

## ATTORNEY'S AFFIDAVIT OF DEFAULTED PARTY – HAWTHORNE ORLANDO CORPORATION

I, James G. Martignon, attorney for Plaintiff, Indymac Bank, F.S.B., hereby certify that the following specific facts are applicable to the above captioned proceeding and brought to the attention of the Court for the purpose of entering judgment against Defendant Hawthorne Orlando Corporation ("HOC") hereunder:

1. The following are the dates the Court obtained jurisdiction over HOC by service of summons, publication or otherwise:

| Defendant | Jurisdiction Date | Method of Service |
|---|---|---|
| Hawthorne Orlando Corporation | November 9, 2007 <br> November 19, 2007 | Corporate <br> Registered Agent |

2. The proofs of service of the foregoing Defendant HOC are attached hereto as Group Exhibit "1" and made a part hereof.

3. The only appearances and answers which were timely filed are as follows:

| Defendant | Date of Appearance | Date of Answer |
|---|---|---|
| Hawthorne Orlando Corporation | None | None |

LP 1553630.1 \ 31849-73191

4.  A copy of the court docket dated February 14, 2008 showing no appearance or answers filed by Defendant HOC is hereto as Exhibit "A".

I, James G. Martignon, attorney at law and counsel for the Plaintiff, hereby certify to the best of my knowledge, the above to be true and correct as of February 14, 2008.

/s/ James G. Martignon
James G. Martignon

# EXHIBIT 4(A)

BROWN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06224

| | |
|---|---|
| Indymac Bank, F.S.B. v. Visvabharathy et al | Date Filed: 11/02/2007 |
| Assigned to: Honorable Ronald A. Guzman | Jury Demand: None |
| Demand: $999,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**Indymac Bank, F.S.B.**
*a Federal Savings Bank*

represented by **Gary Irwin Blackman**
Levenfeld Pearlstein
2 North LaSalle Street
13th Floor
Chicago, IL 60602
(312)346-8380
Email: gblackman@lplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G Martignon**
Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602
(312)346-8380
Email: jmartignon@lplegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ganesan Visvabharathy**
*an individual*

represented by **Daniel A. Shmikler**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312)641-3200
Email: dshmikler@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce S. Sperling**
Sperling & Slater
55 West Monroe Street
Suite 3200

Chicago, IL 60603
(312)641-3200
Email: bss@sperling-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hawthorne Orlando Corporation**
*a Florida Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 18 | MINUTE entry before Judge Ronald A. Guzman :Motion hearing held on 1/15/2008 regarding motion by Plaintiff Indymac Bank, F.S.B. for default judgment as to Visvabharathy and Hawthorne Orlando Corp.13. Motion is denied without prejudice as to Defendant Hawthorne Orlando Corp. Defendant Visvabharathy's response to motion for default to be filed on or before 2/14/08. Status hearing set for 1/30/08 is reset to 2/22/2008 at 09:30 AM. Mailed notice (cjg, ) (Entered: 01/16/2008) |
| 01/14/2008 | 17 | ATTORNEY Appearance for Defendant Ganesan Visvabharathy by Bruce S. Sperling (Sperling, Bruce) (Entered: 01/14/2008) |
| 01/14/2008 | 16 | ATTORNEY Appearance for Defendant Ganesan Visvabharathy by Daniel A. Shmikler (Shmikler, Daniel) (Entered: 01/14/2008) |
| 01/02/2008 | 15 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 1/2/2008. Status hearing set for 1/30/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 01/03/2008) |
| 01/02/2008 | 14 | NOTICE of Motion by James G Martignon for presentment of motion for default judgment13 before Honorable Ronald A. Guzman on 1/15/2008 at 09:30 AM. (Martignon, James) (Entered: 01/02/2008) |
| 01/02/2008 | 13 | MOTION by Plaintiff Indymac Bank, F.S.B. for default judgment as to *Visvabharathy and Hawthorne Orlando Corp.* (Attachments: # 1 Exhibit)(Martignon, James) (Entered: 01/02/2008) |
| 12/21/2007 | 12 | MINUTE entry before Judge Ronald A. Guzman :Status hearing set for 1/2/2008 is reset to 1/2/08 at 02:00 PM. on Court's own motion. NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) (Entered: 12/21/2007) |
| 12/04/2007 | 11 | SUMMONS Returned Executed by Indymac Bank, F.S.B. as to Hawthorne Orlando Corporation on 11/9/2007, answer due 11/29/2007. (Blackman, Gary) (Entered: 12/04/2007) |
| 11/28/2007 | 10 | MINUTE entry before Judge Ronald A. Guzman :The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov.Status hearing set for 1/2/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 11/28/2007) |
| | | |

| 11/15/2007 | 9 | ALIAS Summons Issued as to Hawthorne Orlando Corporation. (lcw, ) (Entered: 11/16/2007) |
| --- | --- | --- |
| 11/05/2007 | 8 | ALIAS Summons Issued as to Hawthorne Orlando Corporation. (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 7 | SUMMONS Issued as to Defendants Ganesan Visvabharathy (2 different addresses), Hawthorne Orlando Corporation. (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 5 | DISCLOSURE STATEMENT by Indymac Bank, F.S.B. pursuant to Rule 7.1 and Local Rule 3.2 (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 4 | ATTORNEY Appearance for Plaintiff by James G. Martignon. (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 3 | ATTORNEY Appearance for Plaintiff by Gary I. Blackman. (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 2 | CIVIL Cover Sheet. (kw, ) (Entered: 11/06/2007) |
| 11/02/2007 | 1 | COMPLAINT filed by Indymac Bank, F.S.B. (Exhibits); Filing fee $350. (kw, ) (Entered: 11/06/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/14/2008 09:55:33 | | | |
| PACER Login: | lp0214 | Client Code: | 31849-73191 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-06224 |
| Billable Pages: | 2 | Cost: | 0.16 |