UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 07 C 6224 |
| vs. | )<br>)<br>) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY,<br>an individual and HAWTHORNE<br>ORLANDO CORPORATION, a Florida<br>corporation, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

## NOTICE OF MOTION

To: See Service List Attached

PLEASE TAKE NOTICE that on the 22nd day of February, 2008 at 9:30 a.m., before the Honorable Ronald A. Guzman, Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Amended Motion for Default Against Hawthorne Orlando Corporation**, a copy of which is attached hereto and herewith served upon you.

Dated: February 14, 2008

INDYMAC BANK, F.S.B.

By:  /s/ James G. Martignon
    One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1554193.1 \ 31849-73191

## CERTIFICATE OF SERVICE

  I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have served by courier and mailed by United States Postal Service the document to the following:

| | |
|---|---|
| Ganesan Visvabharathy<br>7529 Ridgewood Lane<br>Burr Ridge, IL 60527 | Hawthorne Orlando Corporation<br>c/o Any Officer or Director Authorized<br>to Accept Service<br>101 Burr Ridge Parkway, Ste. 306<br>Burr Ridge, IL 60527 |

              /s/ James G. Martignon
              James G. Martignon (ARDC #6277974)
              LEVENFELD PEARLSTEIN, LLC
              2 N. LaSalle St., Suite 1300
              Chicago, Illinois 60602
              (312) 346-8380 - Telephone
              (312) 346-8434 – Facsimile
              jmartignon@lplegal.com