UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6224 |
| vs. | ) ) | Honorable Ronald A. Guzman |
| GANESAN VISVABHARATHTY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation | ) ) ) ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on February 21, 2008, the undersigned counsel caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division , **INDYMAC BANK'S, PRELIMINARY REPLY TO DEFENDANT VISVABHARATHY'S RESPONSE TO MOTION FOR DEFAULT**, a true and correct copy of which document, as filed, is attached hereto.

**INDYMAC BANK, F.S.B.**

By:/s/ James G. Martignon
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

LP 1559151.1 \ 31849-73191

## CERTIFICATE OF SERVICE

  I hereby certify that on February 21, 2008, I electronically filed the foregoing Preliminary Reply to Defendant Visvabharathy' Response to Motion for Default with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed:

Mr. Bruce S. Sperling (ARDC #2687925)
Mr. Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
312.641.3200

                /s/ James G. Martignon
                James G. Martignon (ARDC #6277974)
                LEVENFELD PEARLSTEIN, LLC
                2 N. LaSalle St., Suite 1300
                Chicago, Illinois 60602
                (312) 346-8380 – Telephone
                (312) 346-8434 – Facsimile
                jmartignon@lplegal.com