**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Indymac Bank, F.S.B.
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06224
                                                    Honorable Ronald A. Guzman

Ganesan Visvabharathy, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/22/2008 and continued to 2/27/2008 at 09:30 AM. Plaintiff's Motion for Default Against Hawthorne Orlando Corporation [20] is entered and continued generally.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.