UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank,<br><br>        Plaintiff,<br><br>vs.<br><br>GANESAN VISVABHARATHY,<br>an individual and HAWTHORNE<br>ORLANDO CORPORATION, a Florida<br>corporation,<br><br>        Defendants | 07 C 6224<br><br>Honorable Judge Ronald A. Guzman |

## RENOTICED AMENDED MOTION FOR DEFAULT
## AGAINST HAWTHORNE ORLANDO CORPORATION

Plaintiff, INDYMAC BANK, F.S.B. ("Indymac"), by and through its attorneys, Levenfeld Pearlstein, LLC, hereby files this Renoticed Amended Motion for Default against Defendant HAWTHORNE ORLANDO CORPORATION ("HOC") for its failure to appear or file an answer. In support thereof, Indymac states as follows:

1.    On February 14, 2008, Indymac filed an Amended Motion for Default against HOC for its failure to file an answer or responsive pleading. A copy of Indymac's Amended Motion is attached hereto as <u>Exhibit 1</u>.

2.    On February 22, 2008, the Court continued Indymac's Amended Motion generally without setting a hearing date. There is also pending a hearing on Indymac's Motion for Default against the remaining Defendant, Ganesan Visvabharathy ("Visvabharathy"), scheduled for April 15, 2008. Visvabharathy has also failed to file an answer, but is contesting service against him.

LP 1607204.1 \ 31849-73191

3.  Indymac's Amended Motion for Default against HOC is unrelated to Indymac's Motion for Default against Visvabharathy.

4.  HOC has failed to file an appearance or answer.

5.  HOC has not contested service upon it.

5.  As such, there is no reason not to enter judgment against HOC at this time.

WHEREFORE, Plaintiff, INDYMAC BANK, F.S.B., respectfully requests this Court enter an Order;

A)  Defaulting Defendant Hawthorne Orlando Corporation for its failure to appear or file Answer or responsive pleading;

B)  Setting a hearing date for prove-up of damages;

C)  Granting such further relief as this Court deems just and appropriate.

Respectfully submitted,

**INDYMAC BANK, F.S.B.**

By: /s/ James G. Martignon
      One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1607204.1 \ 31849-73191