## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank,<br><br>        Plaintiff,<br><br>vs.<br><br>GANESAN VISVABHARATHY,<br>an individual and HAWTHORNE<br>ORLANDO CORPORATION, a Florida<br>corporation,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 07 C 6224<br><br>Honorable Judge Ronald A. Guzman |

### NOTICE OF MOTION

To:  See Service List Attached

PLEASE TAKE NOTICE that on the 15th day of April, 2008 at 9:30 a.m., before the Honorable Ronald A. Guzman, Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Renoticed Amended Motion for Default Against Hawthorne Orlando Corporation**, a copy of which is attached hereto and herewith served upon you.


Dated: April 10, 2008

                                  **INDYMAC BANK, F.S.B.**

                                  By:  __/s/ James G. Martignon____
                                        One of Its Attorneys


Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have served by courier and mailed by United States Postal Service the document to the following:

Bruce S. Sperling
Daniel A. Shmikler
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200 - Telephone
(312) 641-6492 - Facsimile

Hawthorne Orlando Corporation
c/o Any Officer or Director Authorized
to Accept Service
222 East Pearson, Suite 709
Chicago, Illinois 60611

/s/ James G. Martignon
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
jmartignon@lplegal.com