UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, ) ) ) Plaintiff, ) ) v. ) ) GANESAN VISVABHARATHY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation, ) ) ) ) ) Defendants. ) | No. 07 C 6224<br><br>Judge Ronald A. Guzman |

## APPENDIX OF EXHIBITS TO DEFENDANT VISVABHARATHY'S HEARING MEMORANDUM IN SUPPORT OF HIS RESPONSE TO MOTION FOR DEFAULT

Exhibits

A.     Ganesan Visvabharathy deposition taken on April 10, 2008

B.     Suriya Sastri deposition taken on April 8, 2008

C.     Third Party Citation to Discover Assets to the Private Bank and Trust Company, 222 East Pearson Condominium Association, and 222 E. Pearson REO LLC

D.     March 7 email to Gary I. Blackman from Daniel Shmikler

E.     March 13 email to James G. Martignon from Daniel Shmikler

F.     April 2 email to Gary I. Blackman from Daniel Shmikler

G.     Docket sheet in 07 C 6219

H.     Docket sheet in 07 C 6226

## CERTIFICATE OF SERVICE

I, Daniel Shmikler, an attorney, hereby certify that on April 15, 2008 I served a true and correct copy of **APPENDIX OF EXHIBITS TO DEFENDANT VISVABHARATHY'S HEARING MEMORANDUM IN SUPPORT OF HIS RESPONSE TO MOTION FOR DEFAULT** by hand delivery to the following persons listed below:

>Gary I. Blackman, Esq.
>James G. Martignon, Esq.
>Levenfeld Pearlstein, P.C.
>2 North LaSalle Street
>Suite 1300
>Chicago, Illinois 60602

>_s/ Daniel A. Shmikler_
>Daniel A. Shmikler