| EXHIBIT LIST | |
|---|---|
| Transcript of Visvabharathy Deposition, April 10, 2008 | Exhibit 1 |
| Request for Change of Address from Postmaster | Exhibit 2 |
| Real Property Transaction Record | Exhibit 3 |
| Deposition Transcript of Suriya Sastri, April 8, 2008 | Exhibit 4 |
| Indymac's Subpoena to Suriya Sastri | Exhibit 5 |
| June 29, 2006 Divorce Court Agreed Order | Exhibit 6 |
| November 2, 2006 Divorce Court Order | Exhibit 7 |
| Affidavit of Ganesan Visvabharathy (3/13/08) | Exhibit 8 |
| Real Property Transaction Record | Exhibit 9 |
| Affidavit of Ganesan Visvabharathy (2/14/08) | Exhibit 10 |
| Affidavit of Suriya V. Sastri (2/13/08) | Exhibit 11 |
| Appliance Bills from India | Exhibit 12 |