MAR-12-2008  12:46     MSI PROCESS                           312-853-0107     P.02

TO: Postmaster    ClientCaseID: STEVE JAMES
Law Firm ID: LEVENFEL
3/5/2008

### REQUEST FOR CHANGE OF ADDRESS AND BOX INFORMATION NEED FOR SERVICE OF LEGAL

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name (if known)   GANESAN VISVABHRATHY
7529 RIDGEWOOD LANE
BURR RIDGE, IL, 60527

The following information is provided in accordance with 39CFR 265.6(d)(8)(ii): There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Requesting Party Capacity   Special Process Server
2. Statute or regulation that empowers the presenter to serve process (not required when presenter is an attorney or a party acting pro se except a corporation acting pro se must cite statute): _FC-2-202_
3. Name of All Known Parties to
   Plaintiff:   INDYMAC BANK FSB
   vs
   Defendant:   GANESAN VISVABHRATHY
4. Court Where Case Has Been or Will be Heard   UNITED STATES DISTRICT COURT
5. The Docket Number or Other Identifying Number of Case (if assigned)   07CV6226
6. The Capacity in Which the Individual is to be Served ✓ Defendant _____ Witness

### WARNING

THE SUBMISSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION OR (2) TO AVOID THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000.00 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and correct and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation

### REQUESTING PARTY

STERN PROCESS & INVESTIGATION, LLC   Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606     Phone (312)-853-2150   Fax (312)-853-3119

Signature _____   T. M. MARTINSON

### FOR POST OFFICE USE ONLY

NEW ADDRESS or BOXHOLDER'S NAME.     ✗ Still at Address
                                      ___ Not Known Address Given
Name: _____         ___ No Change of Address Order on File
Address: _____         ___ Moved, Left No Forwarding Address
City, State, Zipcode: _____        ___ No Such Address

MAR 10 2008

TOTAL P.01

TOTAL P.02