Page    15

Citation                          Search Result          Rank(R) 9 of 20        Database
PN: 18 30 408 015 0000                                                          ASSET-ALL

REAL PROPERTY TRANSACTION RECORD

Filings Collected Through:    10-24-2007
County Last Updated:          11-14-2007
Frequency of Update:          WEEKLY
Current Date:                 11/20/2007
Source:                       RECORDER OF DEEDS
                              , COOK, ILLINOIS

                              OWNER INFORMATION

Owner(s):                     VISVABHARATHY GANESAN
Ownership Rights:             TENANTS BY ENTIRETY
Additional Owner #1:          VISVABHARATHY GANESAN
Owner Rights:                 TENANTS BY ENTIRETY
Additional Owner #2:          SASTRI SURIYA V
Owner Rights:                 TENANTS BY ENTIRETY
Property Address:             7529 RIDGEWOOD LN
                              BURR RIDGE IL 60527-8022
Mailing Address:              7529 RIDGEWOOD LN
                              BURR RIDGE IL 60527-8022

                              PROPERTY INFORMATION

County:                       COOK
Assessor's Parcel Number:     18 30 408 015 0000
Property Type:                SINGLE FAMILY RESIDENCE - TOWNHOUSE
Land Use:                     SINGLE FAMILY RESIDENCE
Building Square Feet:         2806

                              TRANSACTION INFORMATION

Transaction Date:             12/09/2004
Seller Name:                  GRAHAM DONALD G & NANCY B
Sale Price:                   $607,000.00
Deed Type:                    GRANT DEED
Type of Transaction:          RESALE
Recording Date:               12/21/2004
Document Number:              35647050
Title Company:                GREATER ILLINOIS TITLE CO
Construction Type:            RESALE
Purchase Payment:             CASH

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

APN: 18 30 408 015 0000

Page 1

REAL PROPERTY TRANSACTION RECORD

```
                    Filings Collected Through:01-31-2008
                    County Last Updated:02-20-2008
                    Frequency of Update:WEEKLY
                    Current Date:02/21/2008
                    Source: RECORDER OF DEEDS       , .COOK, ILLINOIS

                         OWNER INFORMATION

                    Owner(s):VISVABHARATHY GANESAN
                    Ownership Rights:TENANTS BY ENTIRETY
                    Additional Owner #1:VISVABHARATHY GANESAN
                    Owner Rights:TENANTS BY ENTIRETY
                    Additional Owner #2:SASTRI SURIYA V
                    Owner Rights:TENANTS BY ENTIRETY
                    Property Address:7529 RIDGEWOOD LN
                    BURR RIDGE IL 60527-8022
                    Mailing Address:7529 RIDGEWOOD LN
                    BURR RIDGE IL 60527-8022

                         PROPERTY INFORMATION

                    County:COOK
                    Assessor's Parcel Number:18 30 408 015 0000
                    Property Type:SINGLE FAMILY RESIDENCE - TOWNHOUSE
                    Land Use:SINGLE FAMILY RESIDENCE
                    Building Square Feet:2806

                         TRANSACTION INFORMATION

                    Transaction Date:12/09/2004
                    Seller Name:GRAHAM DONALD G & NANCY B
                    Sale Price:$607,000.00
                    Deed Type:GRANT DEED
                    Type of Transaction:RESALE
                    Recording Date:12/21/2004
                    Document Number:35647050
                    Title Company:GREATER ILLINOIS TITLE CO
                    Construction Type:RESALE
                    Purchase Payment:CASH
```
TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Case 1:07-cv-06224   Document 36-5   Filed 04/15/2008   Page 3 of 3   Page 3 of 3
Case 1:07-cv-06224   Document 23   Filed 02/21/2008   Page 23 of 27   Page 2
APN: 18 30 468 015 0000

to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

      Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
           to order copies of documents related to this or other matters.
                            Additional charges apply.

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.