#42030

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF: )
)
SURIYA V. SASTRI, )
) CAL A
Petitioner, )
) No. 06 D 530086
and )
)
GANESAN VISVABHARATHY, )
)
Respondent. )



ENTERED
JUDGE EDWARD R. JORDAN -1631
JUN 29 2006
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

### AGREED ORDER

This cause coming to be heard for a pre-trial conference on SURIYA V. SASTRI's ("Suriya") Petition for Temporary Maintenance and Child Support, attorneys for both parties and the child's representative being present, and the court being advised in the premises;

It is Ordered:

1. This Order is entered without prejudice to either parties' right to a evidentiary hearing on the issues addressed herein, and with the parties' acknowledgement that they are both residing in the marital residence located at 7529 Ridgewood Lane, Burr Ridge, Illinois, with their minor children, Sowmya and Vidya. Based on the above, commencing June 1, 2006, GANESAN ("Vish") shall pay the following:

   a. The real estate taxes, homeowner's insurance, gas, electricity and telephone bills for the marital residence;

   b. The children unreimbursed medical expenses;

   c. The children's tuition, summer camp, and activity expenses to which the parties agree in advance.

   d. The issue of whether other children's other expenses were recommended to be paid by Vish shall be addressed at the case management conference on 7/13/06 at 10:30 A.M.

2. Nothing in this Order shall be construed as evidence that Suriya is entitled to receive maintenance and/or child support.

3. Vish may answer Suriya's Notice to Produce and Supplemental Notice to Produce requesting the production of voluminous business documents by identifying the location of the documents and making them available for inspection. *If not voluminous with Vish shall comply with usual discovery rules the*

4. Vish shall produce a Rule 13 disclosure statement within ~~30~~ days of the entry of this Order.

AGREED: _____
Howard LeVine *with changes*
Attorney for SURIYA SASTRI

ENTER: _____

JUDGE

DATED: _____

BERGER | SCHATZ
Attorneys for Respondent
161 North Clark #2800
Chicago, IL 60601
312/782-3456
Attorney No. 42030

#322883