Order                   CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Suriya Sastri

v.

Ganesan Visvabharty

No. 06 D530086

ENTERED
JUDGE EDWARD R. JORDAN
NOV - 2 2005
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY
DEPUTY CLERK

### ORDER

This cause coming on to be heard for hearing on Suriya's Motion to Compel Payment of Unpaid Expenses & For Rule to Show Cause For Finding of Indirect Civil Contempt & other Relief + 750 ILCS 5/501(D)(2) Petition For Relief + Modification of Court Order + Petition for Prospective Attorney Fees + Costs, Motion to Compel, & on Ganesan Motion to Supervise Discovery, both parties represented by counsel, + the court having conducted a pre-trial, + being advised in the premises:

IT IS HEREBY ORDERED:

① Ganesan shall pay Suriya $12,000.00/month, payable on Nov. 9 + Dec. 9, 2006 for the months of November + December, as + for his contribution without prejudice household expenses, & not to be used as evidence of an appropriate support amount subsequently

② Said order is without prejudice to Suriya's Petition for Rule to Show Cause + claim for past due support.

③ The Petition for Rule to Show Cause + Modification of Court order is set for hearing on January 8, 2006 at 10:30 am. If Rule issues, it shall be returnable instanter. Any proof of payment to be tendered at least 7 days prior to hearing

Atty. No.: 25158
Name: Levine, et al
Atty. for: Suriya
Address: 900 Maple
City/State/Zip: Homewood, IL 60430
Telephone: 708-957-5500

ENTERED:

Dated: _____

Judge          Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS