# AFFIDAVIT OF GANESAN VISVABHARATHY

1. I am over the age of 21. I make this affidavit based on my personal knowledge.

2. I moved out of 7529 Ridgeweood Lane, Burr Ridge, Illinois (the "Burr Ridge Residence) no later than the summer of 2006. I moved out permanently, and have not returned to live there, even though I own an interest in the house pending the finality of my divorce.

3. After moving out of the Burr Ridge Residence, I moved to 400 South Catherine Avenue, La Grange, Illinois (the "La Grange Residence"), where I lived through October 2007.

4. Attached to this Affidavit as Exhibit A are utility bills from when I lived at the La Grange Residence.

5. In October 2007, I moved to India, where I have resided ever since. My abode on December 1, 2007 was at 196/8 Asiad Colony, Anna Nagar West, Chennai 600 101.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2008

_____
Ganesan Visvabharathy

# EXHIBIT A
# TO AFFIDAVIT OF GANESAN VISVABHARATHY



| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE |
|---|---|---|
| 44382203 | 10/05/07 | $109.58 |

## Summary

Statement Date: 09/16/07
Page 1 of 1 for:
GANESAN VISVABHARATHY
For Service at:
400 S CATHERINE AVE
LA GRANGE, IL 60525-6312

| | |
|---|---|
| Previous Balance | 109.58 |
| Payments | -109.58 |
| Current Charges & Fees | 109.98 |
| Adjustments & Credits | 0.00 |
| Taxes | -0.40 |
| Amount Due | $109.58 |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 109.58 |
| 08/28 | | Payment - Thank You | -109.58 |
| | | Current Charges for Service Period 09/15/07 - 10/14/07 | |
| 09/15 | 10/14 | PREMIER Monthly | 99.99 |
| 09/15 | 10/14 | HD Access Monthly | 9.99 |
| | | Sales Tax | -0.40 |
| | | AMOUNT DUE | $109.58 |

To contact us call 1-800-531-5000

Moving? Call 1-866-WAY-U-MOVE or visit directv.com/moving.

**IMPORTANT NOTICE**
For your convenience, we will automatically charge your credit or debit card on file for this bill amount, if unpaid, plus any new fees posted to your account, and any applicable cancellation and equipment non-return fees if you cancel your DIRECTV service.

**COLLEGE FOOTBALL IS COMING**
See the most college action with ESPN Game Plan. Up to 12 games every Saturday only 2 payments of $64.50 each. Offer ends 9/29. Call 1-800-GET-SPORTS.

**GET $50 OFF YOUR BILL** for each person you refer who activates DIRECTV® service. Give them your DIRECTV account number and tell them to call 1-866-GIFT-TO-YOU. For details go to directv.com/refer.



US72-0003            1236