REAL PROPERTY TRANSACTION RECORD

```
                          Filings Collected Through:02-27-2008
                          County Last Updated:03-19-2008
                          Frequency of Update:WEEKLY
                          Current Date:03/20/2008
                          Source: RECORDER OF
                          DEEDS
                               , COOK, ILLINOIS

                            OWNER INFORMATION

                          Owner(s):SASTRI SURIYA V
                          Owner Relationship:HUSBAND/WIFE
                          Additional Owner #1:SASTRI SURIYA V
                          Owner Relationship:HUSBAND/WIFE
                          Additional Owner #2:VISVABHARATHY GANESAN
                          Owner Relationship:HUSBAND/WIFE
                          Property Address:7529 RIDGEWOOD LN
                          BURR RIDGE IL 60527-8022
                          Mailing Address:7529 RIDGEWOOD LN
                          BURR RIDGE IL 60527-8022

                            PROPERTY INFORMATION

                          County:COOK
                          Assessor's Parcel Number:18 30 408 015 0000
                          Property Type:SINGLE FAMILY RESIDENCE - TOWNHOUSE
                          Land Use:SINGLE FAMILY RESIDENCE
                          Building Square Feet:2806

                            TRANSACTION INFORMATION

                          Transaction Date:05/09/2007
                          Deed Type:DEED OF TRUST
                          Type of Transaction:REFINANCE
                          Mortgage Amount:$400,000.00
                          Mortgage Type:CONVENTIONAL
                          Mortgage Term:20 YEARS
                          Mortgage Deed Type:MORTGAGE DEED
                          Mortgage Date:05/09/2007
                          Mortgage Due Date:05/09/2027
                          Interest Rate:ADJUSTABLE
                          Lender Name: MB FIN'L BK NA
                          Lender Address: ROSEMONT, IL 60018
```

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

```
                    Recording Date:06/07/2007
                    Document Number:15856142
                    Title Company:FIRST AMERICAN TITLE INS LNDRS
                    Equity Loan:SECOND
```

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
       to order copies of documents related to this or other matters.
                        Additional charges apply.

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.