# VASANTH & CO.,

New No. 35 (Old No. 20), Arcot Road,
Kodambakkam, Chennai - 600 024.

4800709
4849620

WITH THE LARGEST SHOWROOM NETWORK IN INDIA
BRANCHES:

CASH BILL NO: 14129
Date: 05.12.2007

To: G. VISVABHARATH, NO:196/8, ASTRO COLONY, ANNANAGAR WEST, CHENNAI - 101

| S.No | Product Details | Rate | Tax | Qty | Amount |
|------|----------------|------|-----|-----|--------|
| 1 | WHIRLPOOL WASHING MACHINE | 23326.00 | 12.50% | 1 | 26460.00 |

Cash - 26460.00

Reed Sensomatic Balancer 6.5kg

TOTAL

* Goods cannot be taken back
* Goods ONCE Sold in good condition

Signature of Customer

For VASANTH & CO.,

# VASANTH & CO.,

New No.35, (Old No.20), Arcot Road,
Kodambakkam, Chennai - 600 024.
TNGST No. 1590181/96-97  CST No. 610606 dt.11-3-96

WITH THE LARGEST
SHOWROOM NETWORK
IN INDIA
BRANCHES:
T. Nagar, Kodambakkam,
Porur, Saidapet, Villivakkam,
Tambaram, Adyar,
Washermenpet, Velachery,
Royapuram, Mylapore,
Purasawalkam, Choolaimedu

Phone: 4800709 / 4849620

25 YEARS
SERVICE OF PEOPLE

CASH BILL  NO: 14657  Date: 11-12-2007

To: G.VISVABHARATHI, NO:196/8, ASIAN COLONY, ANNANAGAR WEST,
CHENNAI - 101.

| S.No. | Product Details | Rate | Tax | Qty. | Amount |
|---|---|---|---|---|---|
| 1 | WHIRPOOL HIGH COOL | 17550.00 | 12.50% | 1 | 19744.00 |
| | Cash - 19744.00 | | | | |
| | Recd: 19744.00 Balance: 0.00 | | | | |
| | | | | TOTAL | |

* Goods cannot be taken back.
* Goods Received in good condition.

Thirivalur, Madurai, Coimbatore, Tanjore, Vellore, Hosur, Trichy,
Pondicherry, Salem, Erode, Palayamkottai, Chengalpattu, Bangalore,
Tirupur, Tuticorin, Nagercoil, Kovilpatti.

For VASANTH & CO.,

Signature of Customer                     VASANTH CEILING FAN   VASANTH MIXFAST   VASANTH STABLIZER

Case 1:07-cv-06224    Document 36-14    Filed 04/15/2008    Page 3 of 6

# VASANTH & CO.,

No. 20, Arcot Road, Kodambakkam
Chennai - 600 024
TNGST No.: 154018I/95-96 CST No.: 618606 dt. 11-3-95

© 4800709
4849620

**Vasanth®**
WITH THE LARGEST SHOWROOM NETWORK IN INDIA
BRANCHES
T. Nagar, Kodambakkam, Purasawalkam, Tambaram, Washermenpet, Royapuram, Adyar, Mylapore, Padi, Tirunelveli, Madurai, Coimbatore, Tanjore, Vellore, Hosur, Trichy, Pondicherry, Salem, Erode, Palayamkottai, Chengalpattu, Bangalore, Tirupur, Tuticorin.

CASH BILL    NO.: 5645                                Date: 30/11/2007
To    MR. G. VISWABHARATHI, NO 196/8, ASTAD COLONY, ANNA NAGAR WEST,
      CHENNAI-600101.

| S.No | Details | Rate | Tax | Qty | Amount |
|---|---|---|---|---|---|
| 1 | SAMSUNG 29" TV | 19990.00 | 12.50% | 1 | 22489.00 |
| | CASH - 22489.00 | | | | |
| | | | | TOTAL | 22489.00 |

★ Goods once sold cannot be taken back
★ Goods Received in good condition

★ All service complaints have to be reported direct to manufacturers only

For **VASANTH & CO.**,

Signature of Customer

TIN No.: 33901345229
CST No.: 8412009/2005-2006

☎ : 2653 0551
Cell : 98410 24393

SUBJECT TO CHENNAI JURISDICTION

CASH BILL

# MEGHA SYSTEMS

2/PC - 4C, 1st Floor, Mugappair West (Opp. Amutha Matric School),
Chennai - 600 037. E-Mail: meghasystems@gmail.com

To: G. VISVABHARATHY
19618, ASIAD COLONY
ANNA NAGAR WEST
CHENNAI - 600101

No.: 095
Date: 28/11/2007

| S.No | PARTICULARS | QTY | RATE | Amount Rs | P |
|------|-------------|-----|------|-----------|---|
| 1. | Service Charges for the computer | 1 No | — | 750 | |

Rupees Seven hundred fifty only

Total: 750/-

For MEGHA SYSTEMS
Authorised Signatory

Terms & Conditions:
1. Goods once sold will not be taken back or exchanged.
2. Any complaint should be lodged with us within 24Hrs or receipt of the goods.
3. Material sold as spare not in assemble conditions.

# Udison Technologies

10, Prakash Flats, # 6, Rangarajapuram Main Road, Kodambakkam, Chennai - 600 024. Mobile: 98400-82510

╋ Software Resellers ╋ Laptops ╋ Desktops ╋ Networking ╋ Troubleshooting

TNGST No. 1403026  
1160404 CST No.  
798120 1160404 Area  
Code : 0 7 1

## INVOICE

| To | | Pur No. | Date: |
|---|---|---|---|
| Mr.G.Visvabharathy<br>196/8, Asiad Colony<br>Anna Nagar West<br>Chennai -600 101. | | DC No. | Date: |
| | | Invoice No. 258 | Date: 19-11-2007 |
| | | Your Ref No. Oral | Date: |

| Sl. No. | Description | Qty. | Amount Per Unit | Total Amount (Rs.) |
|---|---|---|---|---|
| 1. | AMD Desktops<br><br>AMD Semtron 2800 Processor<br>Asus K8VM Mother Board<br>Memory Plus 512MB DDR Ram<br>Segate 80GB IDE Hard Disk<br>LG Combo Drive<br>Samsung Optical Mouse<br>Samsung Keyboard<br>Intex IT 1703 17" TFT Monitor<br>Zebtronix PruthviATX Cabinet | 1 Nos. | 24,800.00 | 24,800.00 |
| 2. | With LG DVD Writer | 1 No. | 6,450.00 | 6,450.00 |
| | Total Amount | | | 31,250.00 |

Amount In words :-Thirty One Thousand Two Hundred And Fifty Only.

.................................................................................

*any dispute subject to Chennai jurisdiction only

for Udison Technologies

Authorised Signatory

**INVOICE**

Phone : 4203 0403
Cell  : 98404 50795

# AMMA AIR CONS
Authorised Sales & Service Dealer

Show Room : No.15/5,
K.B.Dasan Road, Teynampet,
Chennai - 600 018.

M/s. Mr. G. Iswaramoorthy
196/12, Asiad Colony
Anna Nagar West
Chennai - 600 101

Invoice No : 102    Date : 28.12.07

| S.No. | DESCRIPTION | QTY. | RATE PER UNIT | TOTAL VALUE Rs. | P. |
|---|---|---|---|---|---|
| 1. | 2.0 Ton Voltas Split Air Conditioner | 1 No | 30,140/- | 30,140 | 00 |
| 2. | Installation Charges | 1 No | 1000/- | 1,000 | 00 |
| 3. | Condensing Stand | 1 No | 750/- | 750 | 00 |
| E. & O.E. | | | TOTAL | 31,890 | — |

Note : The Company is not responsible for any damage, breakage after delivery to carries

Subject to Chennai Jurisdiction

For AMMA AIR CONS

Good's received in good condition.





