# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6224 | **DATE** | 4/15/2008 |
| **CASE TITLE** | INDYMAC BANK, F.S.B. vs. GANESAN VISVABHARATHY | | |

**DOCKET ENTRY TEXT**

Evidentiary hearing stricken. Plaintiff's motion for default against defendant Hawthorne Orlando Corporation [31] is granted. Plaintiff is directed to file a motion for prove-up of damages on or before 5/1/08.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | CG |
|---|---|---|