## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B, a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 07 C 6224 |
| V | ) ) ) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY, an individual, and HAWTHORNE ORLANDO CORPORATION, a Florida Corporation, | ) ) ) ) ) | |
| Defendant | | |

## SUGGESTION OF BANKRUPTCY

Plaintiff, INDYMAC BANK, F.S.B., a Federal Savings Bank, by and through the undersigned counsel, and hereby files this Suggestion of the Bankruptcy in the above-styled matter, notifying the Court that an Involuntary Petition for Relief pursuant to 11 USC §303 of the United States Bankruptcy Code has been filed against the Defendant Ganesan Visvabharathy, the pertinent information of which follows:

| | |
|---|---|
| Debtor's Name: | Ganesan Visvabharathy |
| Case No.: | 08-09615 |
| Date Filed: | April 18, 2008 |
| Filed: | United States Bankruptcy Court Northern District of Illinois, Eastern Division |

By: __/s/ James G. Martignon___
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1616691.1 \ 31849-73191

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

Bruce S. Sperling (ARDC #2687925)
Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

/s/ James G. Martignon
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
jmartignon@lplegal.com