## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6224 |
| vs. | ) ) | Honorable Ronald A. Guzman |
| GANESAN VISVABHARATHTY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation | ) ) ) ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on May 1, 2008, the undersigned counsel caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **AFFIDAVIT OF TODD CAMP**, a true and correct copy of which document, as filed, is attached hereto.

**INDYMAC BANK, F.S.B.**

By:/s/ James G. Martignon____
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

LP  1617219.1 \ 31849-73191

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 1, 2008, I electronically filed the aforementioned document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed:

Mr. Bruce S. Sperling (ARDC #2687925)
Mr. Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
312.641.3200

                                                 /s/ James G. Martignon_____
                                                 James G. Martignon (ARDC #6277974)
                                                 LEVENFELD PEARLSTEIN, LLC
                                                 2 N. LaSalle St., Suite 1300
                                                 Chicago, Illinois 60602
                                                 (312) 346-8380 – Telephone
                                                 (312) 346-8434 – Facsimile
                                                 jmartignon@lplegal.com