UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, )<br><br>Plaintiff, )<br><br>v. )<br><br>GANESAN VISVABHARATHY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation )<br><br>Defendants. ) | Case No. 07-6224<br><br>Honorable Ronald A. Guzman |

## MOTION FOR ENTRY OF JUDGMENT

Indymac Bank, F.S.B. ("Indymac"), hereby requests, pursuant to Federal Rule of Civil Procedure 55(b), that the Court grant its Motion for Entry of Judgment and enter judgment against Defendant Hawthorne Orlando Corporation for the reasons and in the amounts stated in its Memorandum in Support of Motion for Entry of Judgment filed simultaneously herewith.

Date: August 25, 2008

INDYMAC BANK, F.S.B.

By: /s/ James G. Martignon
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 - Facsimile

LP 1685395.1 \ 31849-73191