# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Indymac Bank, F.S.B.

                              Plaintiff,

v.                                                Case No.: 1:07−cv−06224
                                                Honorable Ronald A. Guzman

Ganesan Visvabharathy, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/22/2008 and continued to 2/27/2008 at 09:30 AM. Plaintiff's Motion for Default Against Hawthorne Orlando Corporation [20] is entered and continued generally.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6224 |
| vs. | ) ) ) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation, | ) ) ) ) ) ) | |
| Defendants | ) | |

### AFFIDAVIT OF TODD CAMP

I, Todd Camp, being first duly sworn on oath, depose and state as follows:

1. I am the First Vice President with the Plaintiff, Indymac Bank, F.S.B. ("Bank" or "Plaintiff"). If called as a witness in this matter, I can competently testify to the facts set forth in this Affidavit.

2. Plaintiff maintains files on all of the loans it makes, either on a direct basis to a customer or as a result of a purchase by Plaintiff of a lease, retail installment contract or other form of security documentation from one of its commercial customers; and these files are kept, maintained and reviewed in the ordinary course of Plaintiff's business.

3. The files contain either original or copies of all loan documentation depending upon the internal rules of Plaintiff with respect to the safekeeping of specific loan documents.

4. As Plaintiff's officer with principal responsibility for the loan to the Defendant Hawthorne Orlando Corporation, I am custodian of Plaintiff's files pertaining to this loan.

5. I am familiar with the material allegations of the Complaint and those allegations are true in substance and in fact.

LP 1525961.1\31849-73191

6. Defendant Hawthorne Orlando Corporation owes the Plaintiff the following amounts, pertaining to the Note and/or Guaranty referenced in the Complaint, as of April 29, 2008:

| | |
|---|---|
| Principal | $42,945,512.98 |
| Accrued interest (up to 04//15/08) | $ 4,667,347.99 |
| Late Fees | $ 301,087.26 |
| Property Taxes | $ 430,378.20 |
| Inspection Fees | $ 200.00 |
| Appraisal Fee | $ 4,000.00 |
| Endorsement Fee | $ 750.00 |
| Attorneys' fees to date | $ 218,200.09 |
| **Total** | **$48,567,476.52** |

7. All setoffs and credits have been appropriately applied to the account of the Defendants hereunder.

8. There are other charges which the Defendant are obligated to pay under the terms of said Note and Guaranty and while those charges are not definitely ascertainable at this time, provisions for their payment and assessment should be made in the Judgment Order.

9. Further, Affiant sayeth naught.

_____
TODD CAMP

SUBSCRIBED and SWORN to before me
this ___1st___ day of May, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOSH VOIT
Notary Public - State of Illinois
My Commission Expires Sep 17, 2011

LP 1525961.1\31849-73191

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6224 |
| vs. | ) ) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY, an individual and HAWTHORNE ORLANDO CORPORATION, a Florida corporation, | ) ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

THIS CAUSE coming to be heard on prove up on the Motion of Plaintiff for default judgment; Plaintiff having filed its Complaint on November 2, 2007, and Defendants having been subsequently served; and having failed to file their appearance or answer and the Court being advised in the premises:

IT IS HEREBY ORDERED that judgment is entered in favor of the Plaintiff and against Defendant Hawthorne Orlando Corporation, in the amount of $48,567,476.52 as of May 1, 2008. There is no just cause or reason to delay the enforcement or appeal of this order.

DATED:_____

JUDGE: _____

Order Prepared By:
Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1617235.1 \ 31849-73191