## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV6224　　　　　Assigned/Issued By: J. N.

Judge Name: 　　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☐ No Fee　　☐ Other _____

☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons　　　　　　　　　　　　☑ Alias Summons

☐ Third Party Summons　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets　　　☐ Other

☐ Writ _____

*(Type of Writ)*　　　　　　　　　　*(Type of issuance)*

1 Original and 0 copies on 8-25-08 as to DEFENDANT

(Date)