## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07cv6224                    Assigned/Issued By: j. n.

Judge Name: CORRECTED                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☑ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           *(Victim, Against and $ Amount)*

☐ Writ _____          ☐ Other
   *(Type of Writ)*                     _____
                                        _____
                                        *(Type of issuance)*

 1  Original and  0  copies on  8-25-08  as to  GANESAN VISVABHARATHY
                                *(Date)*