UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 07 C 6224 |
| vs. | )<br>) | Honorable Judge Ronald A. Guzman |
| GANESAN VISVABHARATHY,<br>an individual and HAWTHORNE<br>ORLANDO CORPORATION, a Florida<br>corporation | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

To: See Service List Attached

PLEASE TAKE NOTICE that on the 28th day of August, 2008 at 9:30 a.m., before the Honorable Ronald A. Guzman, Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Motion for Entry of Judgment and Memorandum in Support of Motion for Entry of Judgment**, a copy of which is attached hereto and herewith served upon you.

Dated: August 26, 2008

                                                    **INDYMAC BANK, F.S.B.**

                                                    By:  /s/ James G. Martignon
                                                         One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1685615.1 \ 31849-73191

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have by Federal Express and messenger delivery served the document to the following:

**Via Federal Express and Messenger Delivery**
Hawthorne Orlando Corporation
222 East Pearson, Suite 709
Chicago, Illinois 60611

                              /s/ James G. Martignon
                              James G. Martignon (ARDC #6277974)
                              LEVENFELD PEARLSTEIN, LLC
                              2 N. LaSalle St., Suite 1300
                              Chicago, Illinois 60602
                              (312) 346-8380 - Telephone
                              (312) 346-8434 – Facsimile
                              jmartignon@lplegal.com