UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Indymac Bank, F.S.B.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06224
                                                           Honorable Ronald A. Guzman

Ganesan Visvabharathy, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Plaintiff Indymac Bank, F.S.B. for default judgment [48] is denied. Status hearing held on 9/4/2008. Defendants to answer or otherwise plead to the complaint on or before 9/25/08. Status hearing set for 10/6/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.